

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

MAURICE DAVIS

v.

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, HARLEM HOSPITAL CENTER,
METROPOLITAN HOSPITAL CENTER, JUNE
BOBCOMBE and THE CITY OF NEW YORK

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 00435**

TO: (Name and Address of Defendant)

100 Church Street
New York, N.Y.

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Jonathan Weinberger
880 Third Avenue (Suite 1300)
New York, New York 10022
Tel: 212-752-3380

an answer to the complaint which is herewith served upon you, within _____TWENTY_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON

CLERK

BY DEPUTY CLERK

NYC HEALTH & HOSP. CORP.
MAR 31 2008
OFFICE OF LEGAL AFFAIRS
GENERAL COUNSEL

DATE   JAN 17 2008