

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ISAAC KLEPFISH
Phone (212)n 788-0897
Fax:(212) 788-0877
E-mail:iklepfis@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

May 6, 2008

**By Hand Delivery**
Honorable Loretta A Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
MAY 0 7 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S. D. N. Y.

     Re: Davis v. N.Y.C.H.H.C. et al.
         08 Civ. 00435 (LAP)

Dear Judge Preska:

     I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, assigned to represent defendants in the above referenced action. This letter is written to respectfully request an extension of defendants' time to respond to the complaint until June 16, 2008. This is defendants first request. Plaintiff's counsel has consented to this request.

     Thank you for your consideration in this matter.

So ordered
Loretta A Preska
USDJ
May 7, 2008

Respectfully yours,

*/s/ Isaac Klepfish*
ISAAC KLEPFISH (IK-3478)
Assistant Corporation Counsel

cc: Jonathan Weinberger, Esq. by facsimile